DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KENYATTA D. BETHLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-546

_____

September 1, 2021

Appeal from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Howard L. Dimmig, II, Public Defender, and Tim Bower Rodriguez, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William Stone, Jr., Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, C.J., and SILBERMAN and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.